UNITED STATES of America,
Plaintiff-Appellee,

v.

Gerald FELTON, Defendant-Appellant.

No. 16-7608

United States Court of Appeals,
Fourth Circuit.

Submitted: March 20, 2017

Decided: March 29, 2017

Gerald Felton, Appellant Pro Se. Jennifer P. May-Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Felton appeals the district court's order denying his post-judgment motion entitled "Written Plea Agreement." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Felton*, No. 5:93-cr-00123-F-1 (E.D.N.C. Nov. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*